Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Florida**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Danger Hart Hospitality, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Fire Betty's** **Duke's & Dotties Tallahassee** **Duke's & Dotties Athens** **Finnegan's Wake Irish Pub** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 6 – 3 8 7 4 1 9 8 | |
| **4. Debtor's address** | **Principal place of business** Attn: Derek Hart 1122 Thomasville Rd Number    Street Tallahassee, FL 32303-8702 City               State    ZIP Code Leon County | **Mailing address, if different from principal place of business** 1908 Ty Ty Ct Number    Street Tallahassee, FL 32308-6142 City               State    ZIP Code **Location of principal assets, if different from principal place of business** _____ Number    Street _____ City               State    ZIP Code |
| **5. Debtor's website (URL)** | dangerharthospitality.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **1**

Debtor  **Danger Hart Hospitality, LLC**  Case number *(if known)*
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7 2 2 4**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When ___/___/____ Case number _____
- District _____ When ___/___/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
- District _____ When ___/___/____
- Case number, if known _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **2**

Debtor  **Danger Hart Hospitality, LLC**  Case number *(if known)*
          Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>        Number    Street<br>_____<br>City                                    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

### Statistical and administrative information

| 13. **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. **Estimated number of creditors** | ☑ 1-49     ☐ 50-99          ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999        ☐ 10,001-25,000                      ☐ More than 100,000 |
| 15. **Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  **Danger Hart Hospitality, LLC**                       Case number *(if known)*
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/27/2025**
             MM/ DD/ YYYY

X  **/s/ Derek Hart**                                          **Derek Hart**
Signature of authorized representative of debtor               Printed name

Title  **Manager**

**18. Signature of attorney**

X  **/s/ Michael Moody**                              Date  **08/27/2025**
Signature of attorney for debtor                            MM/ DD/ YYYY

**Michael Moody**
Printed name

**Michael H. Moody Law, P.A.**
Firm name

**1350 Market Street Suite 224**
Number       Street

**Tallahassee**                                 **FL**            **32312**
City                                            State             ZIP Code

**(850) 739-6968**                              **Michael.Moody@MichaelHMoodyLaw.com**
Contact phone                                   Email address

**66471**                                       **FL**
Bar number                                      State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **4**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE: **Danger Hart Hospitality, LLC**         CASE NO

                                                CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **08/27/2025**       Signature         **/s/ Derek Hart**
                                              Derek Hart, Manager

BMI
250 Greenwich St Fl 30
New York, NY 10007-0105


Chris Frankel
740 4th St N
St Petersburg, FL 33701-2322


Financial Pacific Leasing, Inc.
3455 S 344th Way Ste 300
Federal Way, WA 98001-9546


Florida Department of Revenue
Bankruptcy Unit
325 John Knox Rd.
Tallahassee, FL 32303

HUPP RETAIL THOMASVILLE, LLC
907 S Fort Harrison Ave Ste 102
Clearwater, FL 33756-3937


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


Michael H. Moody Law, P.A.
1350 Market Street Suite 224
Tallahassee, FL 32312


NAI TALCOR
1018 Thomasville Rd 200A
Tallahassee, FL 32303

National Funding Headquarters
4380 La Jolla Village Drive
San Diego, CA 92122


One Oak Development
907 S Fort Harrison Ave Ste 102
Clearwater, FL 33756-3937


Time Payment Corp
400 Tradecenter Ste 6950
Woburn, MA 01801-7476


U.S. Attorney's Office
Attn: Civil Process Clerk
111 N Adams St Ste 4
Tallahassee, FL 32301-7730


U.S. Small Business Administration
7825 Baymeadows Way Ste 100b
Jacksonville, FL 32256-7549

**United States Bankruptcy Court**
**Northern District of Florida**

In re  **Danger Hart Hospitality, LLC**                                                                 Case No.

                                                        Debtor(s)                                           Chapter        **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Danger Hart Hospitality, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**08/27/2025**
Date

**/s/ Michael Moody**
**Michael Moody**
Signature of Attorney or Litigant
Counsel for  **Danger Hart Hospitality, LLC**
**Bar Number: 66471**
**Michael H. Moody Law, P.A.**
**1350 Market Street Suite 224**
**Tallahassee, FL 32312**
**Phone: (850) 739-6970**
**Email: Michael.Moody@MichaelHMoodyLaw.com**

1