# Profit and Loss

## Danger Hart Hospitality LLC
### January 1-December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Sales | 0 |
|     Beer Sales | 683,688.50 |
|     Beverage Sales | 26,053.44 |
|     Event Sales | 45,601.52 |
|     Food Sales | 24,858.34 |
|     Liquor Sales | 1,487,192.21 |
|     Sales Discounts | -201,454.79 |
|     Wine Sales | 9,101.00 |
|   **Total for Sales** | **$2,075,040.22** |
|   Sales of Product Income | 0 |
|     Bull Sales | 11,882.88 |
|     Door Sales | 29,993.44 |
|     Other Sales | 5,173.90 |
|   **Total for Sales of Product Income** | **$47,050.22** |
| **Total for Income** | **$2,122,090.44** |
| Cost of Goods Sold | |
|   Cost of Goods Sold | 0 |
|     Beer | 172,531.50 |
|     $CO_2$ | 15,320.72 |
|     Food | 10,915.93 |
|     Fruit, Juice, and Soda | 20,913.54 |
|     Liquor | 269,632.70 |
|     xSTIX - COGS Backcharges | -16,976.35 |
|   **Total for Cost of Goods Sold** | **$472,338.04** |
|   Cost of Labor | -$206,647.36 |
|     Bonus Pay | 3,505.92 |
|     Commissions | 12,812.52 |
|     Contract Labor | 3,892.55 |
|     Hourly Wages | 340,421.04 |
|     Payroll Fees | 1,348.75 |
|     Payroll Taxes | 92,448.54 |
|     Salaries | 242,638.48 |
|     xSTIX - MgmtPayroll Backcharges | -17,599.72 |
|   **Total for Cost of Labor** | **$472,820.72** |
| **Total for Cost of Goods Sold** | **$945,158.76** |
| **Gross Profit** | **$1,176,931.68** |

# Profit and Loss

## Danger Hart Hospitality LLC
January 1-December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Expenses | |
|   A-Operating Expenses | 0 |
|    Advertising & Marketing | $112,563.37 |
|     Graphic Design | 2,235.48 |
|     Photography | 15,600.00 |
|    **Total for Advertising & Marketing** | **$130,398.85** |
|    Computer and Internet | 29,664.85 |
|    Job Supplies | 23,136.60 |
|    Low Value assets | 412.94 |
|    Management Software & Hardware | 10,306.59 |
|    Payment Processing Fees | $59,513.75 |
|     Chargebacks and Adjustments | 4,139.04 |
|     Square fees | 2,631.08 |
|    **Total for Payment Processing Fees** | **$66,283.87** |
|    Reimbursable Expenses | 378.81 |
|    Reimbursements | 13,254.82 |
|    Rent & Lease | 255,523.33 |
|    Repairs & Maintenance | 11,943.56 |
|    Restaurant Entertainment | 0 |
|     Restaurant Entertainment Contractors | 219,685.00 |
|     Sound Equipment | -34,127.39 |
|    **Total for Restaurant Entertainment** | **$185,557.61** |
|    Restaurant Equipment Rental | 13,916.68 |
|    Soft Goods | 69,742.42 |
|    Utilities | 44,517.32 |
|   **Total for A-Operating Expenses** | **$855,038.25** |
|   B-Admin & Gen. Costs | 0 |
|    Bank & Financing Costs | 0 |
|     Bank Charges & Fees | 2,019.78 |
|     Equipment Financing Charges | 24,622.64 |
|     Finance charge - Late fees | 1,421.10 |
|     Interest Paid | 16,350.42 |
|    **Total for Bank & Financing Costs** | **$44,413.94** |
|    Donations | 520.00 |
|    Dues & Subscriptions | 14,180.79 |
|    Insurance | 37,547.92 |
|    Leasehold Improvements | 14,646.77 |
|    Meals & Entertainment | 125.25 |
|    Office Supplies | 2,926.26 |
|    Other Misc. Expense | 1,888.92 |

# Profit and Loss

## Danger Hart Hospitality LLC
### January 1-December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Professional Services | 0 |
|   Accounting | 19,443.75 |
|   Legal Services | 14,200.00 |
|   Recruitment fees | 10,836.00 |
| **Total for Professional Services** | **$44,479.75** |
| Sales Tax Penalties and interest | 30,867.04 |
| Storage | 1,839.79 |
| Taxes & Licenses | 6,932.98 |
| Travel | 1,936.47 |
| Vehicle Expenses | 0 |
|   Gas | 371.86 |
|   Repairs and maintenance | 150.98 |
| **Total for Vehicle Expenses** | **$522.84** |
| **Total for B-Admin & Gen. Costs** | **$202,828.72** |
| **Total for Expenses** | **$1,057,866.97** |
| **Net Operating Income** | **$119,064.71** |
| Other Income | |
|   Other Income | 35,749.21 |
| **Total for Other Income** | **$35,749.21** |
| Other Expenses | |
|   Arcade Equipment Expenses | -24,983.17 |
|   Ask My Client | 30,713.17 |
|   Automobile Payments | -11,570.44 |
|   Depreciation Expense | 134,952.81 |
| **Total for Other Expenses** | **$129,112.37** |
| **Net Other Income** | **-$93,363.16** |
| **Net Income** | **$25,701.55** |

# Balance Sheet

## Danger Hart Hospitality LLC
### As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Assets | |
|   Current Assets | |
|     Bank Accounts | |
|       Cash on Hand | 20,838.35 |
|       Regions Checking #0773 | -13.81 |
|       Regions Checking #1058 | 31,873.34 |
|       Regions Checking #2123 - (Closed Account) | |
|       Regions Checking #4242 | 1,504.32 |
|       Regions Checking 9309 - (Closed Account) | |
|       Regions Checking #9490 | -457.39 |
|     **Total for Bank Accounts** | **$53,744.81** |
|     Accounts Receivable | |
|     Other Current Assets | |
|       Amex Pass Through | 1,927.88 |
|       Credit Card Deposits in Transit | 34,410.94 |
|       Due from Employee | |
|       Due from Partners | |
|       Payroll Corrections | |
|     **Total for Other Current Assets** | **$36,338.82** |
|   **Total for Current Assets** | **$90,083.63** |
|   Fixed Assets | |
|     Accumulated Depreciation | -134,952.81 |
|     Acquisition Cost | 0 |
|       Arcade Equipment | 14,387.15 |
|       Equipments - Financial Pacific Leasing | 0 |
|         Apple Photo Studio Deluxe | 29,734.00 |
|         Kalkomat Arcade Game | 8,108.00 |
|         Raw Thrills Arcade Game | 11,350.00 |
|       **Total for Equipments - Financial Pacific Leasing** | **$49,192.00** |
|       Furnitures, Fixtures & Equipment | 11,862.16 |
|       Mechanical Riding Bull | 36,100.00 |
|       Restaurant Equipment | 77,045.58 |
|       Sound & Light Equipment | 41,519.40 |
|       Vehicles | 0 |
|         Vehicles - 2010 Chevrolet Truck | 18,090.98 |
|         Vehicles - 2018 Jeep Wrangler | 35,449.77 |
|         Vehicles - 2024 Chevrolet Truck | 27,390.45 |
|       **Total for Vehicles** | **$80,931.20** |
|     **Total for Acquisition Cost** | **$311,037.49** |
|   **Total for Fixed Assets** | **$176,084.68** |

# Balance Sheet

## Danger Hart Hospitality LLC
### As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Other Assets | |
|   Deposits | 27,106.09 |
|   Goodwill | 16,500.00 |
| **Total for Other Assets** | **$43,606.09** |
| **Total for Assets** | **$309,774.40** |
| Liabilities and Equity | |
|  Liabilities | |
|   Current Liabilities | |
|    Accounts Payable | |
|    Credit Cards | |
|    Other Current Liabilities | |
|     Direct Deposit Payable | 25,340.87 |
|     Due to/from STIX | -13,588.42 |
|     Florida Department of Revenue Payable | |
|     Gift Cards | |
|     Loan Payable - Credit Key | 14,660.83 |
|     Payroll Liabilities | 0 |
|      Federal Taxes (941/943/944) | 127,177.34 |
|      Federal Unemployment (940) | 684.98 |
|      FL Unemployment Tax | 2,258.41 |
|      IL Income Tax | |
|      Tip Payout Liability | |
|     **Total for Payroll Liabilities** | **$130,120.73** |
|     Sales Tax Payable (FL) | 48,750.02 |
|     Tips | 0 |
|      Tips Pass Thru | 1,309,612.48 |
|      Tips Pay Out | -1,285,867.25 |
|     **Total for Tips** | **$23,745.23** |
|    **Total for Other Current Liabilities** | **$229,029.26** |
|   **Total for Current Liabilities** | **$229,029.26** |

# Balance Sheet

## Danger Hart Hospitality LLC
### As of December 31, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Long-term Liabilities | |
|   Equipment Financing | 0 |
|     Financial Pacific Leasing | 31,380.85 |
|     Mechanical LLC-Mechanical Bull | |
|     TimePayment-Mechanical Bull | 8,854.34 |
| **Total for Equipment Financing** | **$40,235.19** |
|   Partner Loan - C. Frankel | 216,251.50 |
|   Vehicle Loans | 0 |
|     Vehicle Loan - 2010 Chevrolet Truck | 13,516.03 |
|     Vehicle Loan - 2018 Jeep Wrangler | 25,474.97 |
|     Vehicle Loan - 2024 Chevrolet Truck | 24,152.61 |
| **Total for Vehicle Loans** | **$63,143.61** |
| **Total for Long-term Liabilities** | **$319,630.30** |
| **Total for Liabilities** | **$548,659.56** |
| Equity | |
|   Retained Earnings | -339,671.54 |
|   Net Income | 25,701.55 |
|   Opening Balance Equity | |
|   Partner's Investment - Chris Frankel | 3,748.50 |
|   Partner's Investment - Derek Hart | 211,236.73 |
|   Partner's Investment - Judah Gwin | 50,089.00 |
|   Partner's Pay & Personal Expenses- Hart | -189,989.40 |
| **Total for Equity** | **-$238,885.16** |
| **Total for Liabilities and Equity** | **$309,774.40** |